

**NUMBER 13-13-00426-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE MATTER OF S.B. JR., A CHILD

**On appeal from the 357th District Court
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Perkes and Longoria
Memorandum Opinion Per Curiam**

Appellant, S.B. Jr., a child, has appealed from an order of disposition committing appellant to the Texas Juvenile Justice Department (the "TJJD"). The appellant's brief in the above cause was originally due on January 13, 2014. Appellant has previously requested and received three prior extensions of time to file the brief, with the last deadline to file the brief having been set at May 29, 2014. Appellant did not file the brief.

1

On June 9, 2014, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a). Appellant has failed to file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See id.*; *see also* R. 42.3(b)(c).

PER CURIAM

Delivered and filed the
17th day of July, 2014.

2